Jeffrey S. Allison, Esq. (NV Bar #8949)
**HOUSER & ALLISON, APC**
3900 Paradise Road, Suite 101
Las Vegas, Nevada 89169
Phone: (702) 410-7593
Fax: (702) 410-7594
jallison@houser-law.com
mhutchings@houser-law.com

Attorneys for Defendant EVERGREEN MONEYSOURCE MORTGAGE COMPANY dba EVERGREEN HOME LOANS

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KURT ELLIS,<br><br>              Plaintiff,<br><br>v.<br><br>EVERGREEN MONEY SOURCE MORTGAGE COMPANY dba EVERGREEN HOME LOANS,<br><br>              Defendants. | Case No.: 2:16-CV-01580-RFB-CWH<br><br>HON. RICHARD F. BOULWARE<br><br>**STIPULATION TO CONTINUE DISCOVERY DEADLINES**<br><br>**[Second Request]** |

Pursuant to Local Rule 26-4 of the United States District Court for the District of Nevada, Defendant Evergreen MoneySource Mortgage Company dba Evergreen Home Loans ("Defendant"), and Plaintiff Kurt Ellis ("Plaintiff"), by and through their respective counsel, hereby submit this stipulation to extend the remaining discovery deadline in this case. This is the second such request made by the parties.

**A.** **Statement Specifying Discovery Completed**

Thus far, Plaintiff has served:

1. Initial disclosures

2. Requests for admissions

3. Requests for production of documents

4. Interrogatories, and

5. Deposition notice (vacated subject to rescheduling pending entry of this order)

Thus far, Defendant has served:

1. Initial disclosures

2. Requests for admissions

3. Requests for production of documents, and

4. Interrogatories, and

5. Deposition notices (vacated subject to rescheduling pending entry of this order)

**B.  Specific Description of Discovery to Be Completed**

1. Deposition of Defendant Evergreen 30(b)(6) witness

2. Deposition of Plaintiff Kurt Ellis

**C.  Reasons Why Discovery Has not Been Completed**

The parties have been and continue to be in negotiations for potential settlement of this case. In the interim and subject thereto, the parties have worked diligently to pursue and complete discovery. Plaintiff currently has scheduled the deposition of Defendant for May 5, 2017 in Las Vegas. The undersigned counsel for Defendant requested this stipulation from counsel for Plaintiff advising that he cannot attend or meet the current deposition date of May 5, 2017 and discovery cut-off date of May 9, 2017 for the following reasons:

- Defendant's case file is in the process of being transitioned from the handling attorney in counsel's Las Vegas office to the undersigned in counsel's Irvine, California office;

- The undersigned is in need of additional time to review the case file upon receipt, confer with Defendant and its witness located on the east coast, and pursue further settlement efforts in lieu of further discovery and litigation;
- The undersigned presently has conflicts with the current deposition and discovery cut-off dates due to other case hearings and matters;
- The undersigned presently has a medical condition making flight travel difficult for attendance at a deposition in Las Vegas on May 5, 2-17; and
- Should the case not settle and once his medical condition is healed, the undersigned counsel for Defendant will need to reschedule the deposition of Plaintiff.

Based thereon, counsel for Plaintiff agreed and stipulates herein to the requested continuance of the deposition and discovery deadline.

The last stipulated day to submit a request for an extension of the discovery deadline was April 18, 2017. This stipulation and request for a discovery extension is not submitted before the deadline which is not the fault of Plaintiff. It is a result of excusable neglect on behalf of Defendant because despite working diligently in discovery and settlement negotiations to date, there has been a sudden necessary change in attorneys for Defendant's counsel after April 20, 2017 resulting in the additional time needed for the above reasons in good faith.

**D.     Proposed Schedule for Completing Discovery**

The parties request that the following deadlines be extended as follows:

1. **Discovery Deadlines**: The discovery deadline will be extended from May 9, 2017 to July 10, 2017.
2. **Dispositive Motions**: The deadline for filing dispositive motions shall be extended from June 8, 2017 to August 11, 2017.

///

3. **Extensions of Modifications of the Discovery Plan and Scheduling Order**: Any further stipulation or motion to modify or extend any of the above deadlines must be made no later 21 days before the expiration of the individual deadlines.

IT IS SO STIPULATED.

| Dated this 26th day of April, 2017. | Dated this 26th day of April, 2017. |
|---|---|
| /s/ Jeffrey S. Allison<br>HOUSER & ALLISON<br>3900 Paradise Rd., Suite 101<br>Las Vegas, Nevada 89169<br>*Attorney for Defendant Evergreen*<br>*MoneySource Mortgage Company dba*<br>*Evergreen Home Loans* | /s/ David H. Krieger<br>David H. Krieger, Esq.<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Ave., Suite 350<br>Las Vegas, NV 89130<br>*Attorney for Plaintiff Kurt Ellis* |

IT IS SO ORDERED.

DATED: April 28, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

-4-

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 9970 Research Drive, Irvine, CA 92618.

On April 26, 2017 I served the following document(s) described as follows:

**STIPULATION TO CONTINUE DISCOVERY DEADLINES**
**[SECOND REQUEST]**

On the following interested parties in this action:

David H. Krieger
Haines & Krieger, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, NV 89123
(702) 880-5554
Fax: (702) 383-5518
Email: dkrieger@hainesandkrieger.com

☒ E-FILING—By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury, under the laws of the United States that the foregoing is true and correct.

Executed on April 26, 2017 at Irvine, California.

_____
Courtney Hershey