David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, KURT R. ELLIS*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KURT R. ELLIS, ) | **Case No. 2:16-cv-01580-RFB-CWH** |
| ) | |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER** |
| ) | **DISMISSING ACTION** |
| EVERGREEN MONEYSOURCE ) | |
| MORTGAGE COMPANY dba ) | |
| EVERGREEN HOME LOANS, ) | |
| Defendant. ) | |

  Plaintiff KURT R. ELLIS and Defendant EVERGREEN MONEYSOURCE MORTGAGE COMPANY hereby stipulate and agree that the above-entitled

…
…
…
…
…
…
…
…

action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, and costs of suit.

Dated:   October 20, 2017

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | /s/ Jeffrey S. Allison, Esq.<br>Jeffrey S. Allison, Esq.<br>Houser & Allison, APC<br>3900 Paradise Rd.<br>Suite 101<br>Las Vegas, NV 89169<br>*Attorney for Defendant EVERGREEN MONEYSOURCE MORTGAGE COMPANY dba EVERGREEN HOME LOANS* |

## **ORDER**

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 23rd day of October, 2017.